IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANN L. BALLENGER, )<br>Individually and as )<br>Administratrix of the )<br>Estate of Thomas )<br>Ballenger, Deceased, )<br>    ) <br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>    )<br>SIKORSKY AIRCRAFT )<br>CORPORATION, a Foreign )<br>Corporation, et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:09cv72-MHT<br>(WO) |

## JUDGMENT

It is the ORDER, JUDGMENT and DECREE of the court that the joint motion for partial dismissal (doc. no. 113) is granted and that defendant PHI, Inc. and the claims against it are dismissed with prejudice, with the parties to bear their own costs.  This case remains pending as to the other defendants.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is terminated as to defendant PHI, Inc.**

**DONE, this the 18th day of March, 2011.**

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**