IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANN L. BALLENGER,<br>Individually and as<br>Administratrix of the<br>Estate of Thomas<br>Ballenger, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>SIKORSKY AIRCRAFT<br>CORPORATION, a foreign<br>Corporation, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:09cv72-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 127), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Bell Helicopter Textron, Inc. and Edwards & Associates, Inc. and the claims against them are dismissed with prejudice, with the parties to bear their own costs and with the plaintiffs to satisfy any valid and outstanding liens or subrogation interests. This case is terminated as to these two defendants.

DONE, this the 29th day of August, 2011.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE