IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANN L. BALLENGER, )<br>individually and as )<br>Administratrix of the )<br>Estate of Thomas )<br>Ballenger, deceased, and )<br>MARY ANNA WOEPPEL, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>SIKORSKY AIRCRAFT )<br>CORPORATION, a foreign )<br>Corporation, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:09cv72-MHT<br>(WO) |

ORDER

It is ORDERED that the motions to strike (Doc. Nos. 161 & 178), filed by defendant Aeronautical Accessories, Inc., are denied as moot.

***

With its motions, defendant Aeronautical Accessories, Inc. (AAI) has moved to strike defendant Sikorsky Aircraft Corporation's opposition to AAI's summary-

judgment motion. AAI contends that Sikorsky, as co-defendant, lacks standing to oppose its summary-judgment motion. Because in the opinion and order entered today AAI's summary-judgment motion fails based on the plaintiffs' opposition and the evidence in the record, AAI's motions to strike Sikorsky's opposition are moot. In other words, today's opinion and order did not consider arguments marshaled in Sikorsky's briefs.

DONE, this the 4th day of November, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE