IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANN L. BALLENGER,            )
individually and as          )
Administratrix of the        )
Estate of Thomas             )
Ballenger, deceased, and     )
MARY ANNA WOEPPEL,           )
                             )
    Plaintiffs,              )
                             )     CIVIL ACTION NO.
    v.                       )       2:09cv72-MHT
                             )          (WO)
SIKORSKY AIRCRAFT            )
CORPORATION, a foreign       )
corporation, et al.,         )
                             )
    Defendants.              )
```

<u>ORDER</u>

Upon consideration of the parties' motions in limine (Doc. Nos. 291, 297, 298, 300 & 301) and objections (Doc. Nos. 289, 290 & 302), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than November 30, 2011, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by December 1, 2011, (a) as to which issues in the motions and objections are resolved and which ones remain unresolved and (b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 22nd day of November, 2011.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE