IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANN L. BALLENGER, individually and as Administratrix of the Estate of Thomas Ballenger, deceased, and MARY ANNA WOEPPEL, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:09cv72-MHT (WO) |
| SIKORSKY AIRCRAFT CORPORATION, a foreign corporation, et al., | ) ) ) ) | |
| Defendants. | ) | |

JUDGMENT

The court having been orally informed that this case is now settled in its entirety as to all remaining parties, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice as to all remaining parties.

It is further ORDERED that on or before December 9, 2011, defendant Sikorsky Aircraft Corporation is to pay the jury costs to the clerk of the court.

It is further ORDERED that all outstanding motions are denied as moot and that all outstanding objections are overruled as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this 6th day of December, 2011.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE